UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNNIE LEE CASEY,

    Plaintiff,

v.                                           Case No.: 5:23-cv-318-MCR

AT&T INC., *et al.*,

    Defendants.

_____/

## ORDER

I hereby disqualify myself from handling any matter or proceedings in the above-styled case. The clerk of the court is directed to randomly reassign this case to another United States Magistrate Judge. The clerk also shall change the docket and case number to reflect the reassignment.

**SO ORDERED** this 19th day of December, 2023.

                                                  /s/ *Michael J. Frank*
                                                  **Michael J. Frank**
                                                  **United States Magistrate Judge**