UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNNIE LEE CASEY,

    Plaintiff,

vs.                                            Case No.:  5:23-cv-318/MCR/ZCB

AT&T Inc., et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 14, 2024.  (Doc. 8).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 8) is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint is **DISMISSED without prejudice** for lack of personal jurisdiction.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 17th day of May 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**